FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER HOWARD, JR.,

Defendant.

Case No. CR 03-1001 ABC

**ORDER OF DETENTION**

**[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]**

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) his background information is unverified; (3) the instant allegations indicate that he is not amenable to supervision; and (4) defendant submitted to detention.

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:______________________________________

______________________________________

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: ___Jan. 27___, 2009.

[signature]
Fernando M. Olguin
United States Magistrate Judge